STATE OF NEW JERSEY v. WILLIAM CHASMER.

November 12, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RUFUS C. WATKINS.

November 12, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MILAGROS RIVERA.

November 12, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. NOEL VELASQUEZ.

November 12, 1985.

Petition for certification denied.